# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: MARIA HAYDEN,
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

Case Number: 1:26-cv-11610

An appearance is hereby filed by the undersigned as attorney for:
Maria Hayden

Attorney name (type or print): Yi Bu

Firm: JiangIP LLC

Street address: 33 West Jackson Boulevard, #2W

City/State/Zip: Chicago, IL, 60604

Bar ID Number: 6328713
(See item 3 in instructions)

Telephone Number: 262-729-3628

Email Address: ybu@jiangip.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 22, 2026

Attorney signature: S/ Yi Bu
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015