**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

Case No.: 1:26-cv-11610

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | jinzhongshengyuanweijiancaixiaoshouyouxiangongsi |
| 2 | YUcongf |
| 3 | zzhfa |
| 4 | guangxilingshanxianguanlinmuyeyouxiangongsi |
| 5 | wanganwen567 |
| 6 | LiHaiXiang-SHOP |
| 7 | zhihailong323 |
| 8 | Unoopler |
| 9 | YeHeng-SHOP |
| 10 | FengWuWenHuaChuanMei |
| 11 | 新乐繁星文化传媒 |
| 12 | qifujiang33 |
| 13 | beihaiguangyanglaowuyouxiangongsi |
| 14 | guangxibeihaiyuhualaowuyouxianzerengongsi |
| 15 | liubaodong44 |
| 16 | yantaileibosuliaozhipinyouxiangongsi |
| 17 | hanzhigang44 |
| 18 | henanshengtiangaojiazhengfuwu |
| 19 | ningbofuxinghuanbaokejiyo |
| 20 | yaozong555 |
| 21 | 安聚养老服务 |
| 22 | 苗陆桌品 |

| | |
|---|---|
| 23 | 新彩隆汇 |
| 24 | 星飞源商贸 |
| 25 | LiuQuan-SHOP |
| 26 | 厨卫洁具商 |
| 27 | DeZhouYuCongGongChengCaiLiaoYouXianGongSi |
| 28 | XUGUOWLD |
| 29 | a novelty |
| 30 | QiShuangHao |
| 31 | shaodongshifangxunshangmaoyouxiangongsi |
| 32 | 宏拓信息科技 |
| 33 | liuyufeng55 |
| 34 | shenyangchuangqingxianshangmaoyouxiangongsi |
| 35 | DaiXianLianShengShangMao |
| 36 | xixiangxianyushunlongzidonghuakejiyouxiangongsi |
| 37 | fushanshengyanjianzhugongchengyouxiangongsi |
| 38 | LiuJun-SHOP1 |
| 39 | 辅命弼科 |
| 40 | taizhoushihuangyanyinggaosumoyouxiangongsi |
| 41 | xiamenshanyimaoyiyouxiangongsi |
| 42 | hepuxianshengdatouzifazhanyouxiangongsi |
| 43 | guangxilingxunkejiyouxianzerengongsi0 |
| 44 | ZhongGuoNing-SHOP |
| 45 | ArtisanAlleyHome |
| 46 | 陈哥传媒科技 |
| 47 | Toyota Decorations |
| 48 | 锐力科技 |
| 49 | Wpeoale |
| 50 | yuhuanshijianglongmojujixiechang |
| 51 | TianJinYunXiZhiLianKeJiYouXianGongSi |
| 52 | guangxinanningzhongzhuzhubaoyouxiangongsi |
| 53 | anguoquan |
| 54 | litao234 |
| 55 | Wax home |
| 56 | TIE-DailyNec |
| 57 | luhongtao11233 |
| 58 | Miki Environmental Technology |
| 59 | zhaoshunjie555 |

| | |
|---|---|
| 60 | zhengyangli |
| 61 | JSXMYYDS |
| 62 | wangting |
| 63 | XM Decoration |
| 64 | linjianhang |
| 65 | shuquan liu |
| 66 | DecoArt |
| 67 | Dingleiever |